PROB 12A
(7/93)

# United States District Court
## for the
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Steven Lehman                           Cr. 15-00123-001
                                                          PACTS # 986141

Name of Sentencing Judicial Officer:   THE HONORABLE FRED BIERY, CHIEF U.S. DISTRICT
                                       JUDGE, WESTERN DISTRICT OF TEXAS

Name of Newly Assigned Judicial Officer: THE HONORABLE KEVIN MCNULTY, U.S. DISTRICT
                                         JUDGE, DISTRICT OF NEW JERSEY

Date of Original Sentence: 11/21/2014

Original Offense: 18 U.S.C § 1709 - Theft of Mail Matter By Officer or Employee

Original Sentence: 5 years probation; $100 special assessment; $283.39 restitution

Special Conditions: No Contact with Victim(s); Search/Seizure; Employment Requirements/Restrictions; Residence Requirements; Financial Disclosure; No New Debt/Credit

Type of Supervision: Probation                    Date Supervision Commenced: 11/21/2014

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On July 24, 2017, Lehman tested positive for the presence of alprazolam, the generic version of Xanax, a prescription medication. Lehman admitted to consuming the drug without having a prescription in his name. |

U.S. Probation Officer Action:

The U.S. Probation Office recommends presentation of this document to the offender as a formal written reprimand from the Court. The frequency of contact with the offender and drug testing has been increased, and Lehman will meet with a treatment specialist to discuss treatment options. The probation office will continue to closely monitor Lehman's progress and will report any further noncompliance.

                                                  Respectfully submitted,
                                                  *Adriana Garcia/nm*
                                                  By: Adriana Garcia
                                                      U.S. Probation Officer
                                                  Date: 07/26/2017

Case 2:15-cr-00123-KM   Document 3   Filed 07/26/17   Page 2 of 2 PageID: 20

Prob 12A – page 2
Steven Lehman

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ This document will serve as an official written reprimand issued under the authority of the Court

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other  Judicial Reprimand

_____
Signature of Judicial Officer

7/26/2017
Date